

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 31, 2023

**VIA ECF**
Hon. Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: *APG Gems Inc., et al. v. Jaddou, et al.*, 22 Civ. 8298 (CM)

Dear Judge McMahon:

MEMO ENDORSED

This Office represents the government in this action in which the plaintiffs challenge the government's denial of an I-129 Petition for a Nonimmigrant Worker. I write respectfully to request that the initial conference presently scheduled for February 2, 2023, be adjourned to the week of April 3, 2023, or thereafter (with a corresponding extension of time for the preconference submission). *See* ECF Nos. 4, 15.

I respectfully request this adjournment because the complaint was just served on the government last week, on January 25, 2023. The government calculates the deadline for it to respond to the complaint to be March 27, 2023. *See* Fed. R. Civ. P. 12(a)(2). In the meantime, the government needs time to review the complaint, confer with U.S. Citizenship and Immigration Services, and determine next steps. This is the government's first request for an adjournment of the initial conference. Plaintiffs consent to this request.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Joshua S. Press*
JOSHUA S. PRESS
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (202) 305-0106
E-mail: joshua.press@usdoj.gov
*Attorney for Defendants*

cc: Counsel of record (via ECF)