UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTESY COPY

---

APG GEMS INC, *et al.*,

                Plaintiffs,

- against -

UR MENDOZA JADDOU, *et al.*,

                Defendants.

No. 22 Civ. 8298 (CM)

**NOTICE OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2024

---

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings and Exhibit 1 thereto, the Defendants, through their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the complaint in full pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

**MEMO ENDORSED**

Dated: New York, New York
May 26, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ *Joshua S. Press*
JOSHUA S. PRESS
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (202) 305-0106
Fax: (202) 305-7000
E-mail: joshua.press@usdoj.gov

---

1/17/2024

For substantially the reasons set forth in the Government's brief — to which no opposition has been filed — the motion to dismiss the complaint is GRANTED. The Clerk shall remove Dkt #21 from the Court's list of open motions.

[signature]