**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
APG GEMS INC., et al.,

                    Plaintiffs,

    -against-                                  22 **CIVIL** 8298 (CM)

                                                      **JUDGMENT**

UR MENDOZA JADDOU, et al.,

                    Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated January 17, 2024, Defendants' motion to dismiss the complaint is GRANTED.

**Dated:** New York, New York

       January 18, 2024

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court

                             **BY:**
                                                      **Deputy Clerk**